UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Rios

vs.
GEO Group

Case No.: 5:19-cv-00552

FILED
JUN 03 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now **Karen Hoffmann**, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent **Plaintiffs** in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Aldea - The People's Justice Center** with offices at:

   Mailing address: **532 Walnut Street**

   City, State, Zip Code: **Reading, PA 19601**

   Telephone: **412-916-4509**   Facsimile: **484-926-2032**

2. Since **05/18/2017**, Applicant has been and presently is a member of and in good standing with the Bar of the State of **Pennsylvania**.

   Applicant's bar license number is **323622**.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | District of Colorado | 09/06/2018 |
   | Court of Appeals for the Third Circuit | 04/25/2019 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
Disorderly conduct citation, dismissed 03/05/2009, Allegheny County Court of Common Pleas (Dkt. No. MJ-05003-NT-0010781-2008).

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Curtis FJ Doebbler

Mailing address: RAICES, 802 Kentucky Ave.

City, State, Zip Code: San Antonio, TX 78201

Telephone: 210-226-7722, ext 171

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Karen Hoffmann to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Karen Hoffmann
[printed name of Applicant]

_Karen H_____
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 29th day of May, 2019.

Karen Hoffmann
[printed name of Applicant]

_Karen H_____
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Rios

vs.                                        Case No.: 5:19-cv-00552

GEO Group

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Karen Hoffmann**, counsel for **Plaintiffs**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Karen Hoffmann** may appear on behalf of **Plaintiffs** in the above case.

IT IS FURTHER ORDERED that **Karen Hoffmann**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES MAGISTRATE JUDGE