IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VICTOR MEJIA RIOS, individually; W.D.M.R., individually and by and through his Parent, VICTOR MEJIA RIOS; JORGE LUIS MARTINEZ MARTINEZ, individually; J.L.M.F., individually and by and through his Parent, JORGE LUIS MARTINEZ MARTINEZ; TOMAS ANTONIO OLIVEROS, individually; A.R.O., individually and by and through his Parent, TOMAS ANTONIO OLIVEROS; WILDER XITUMUL GARCIA, individually; A.M.X.C., individually and by and through his Parent, WILDER XITUMUL GARCIA; PEDRO CARRILLO JIMENEZ, individually; M.C.J., individually and by and through his Parent, PEDRO CARRILLO JIMENEZ; NELSON CAZALEGNO PAZ, individually; O.J.C.S., individually and by and through his Parent, NELSON CAZALEGNO PAZ; JOSE PINEDA RIVERA, individually; J.M.P.A., individually and by and through his Parent, JOSE PINEDA RIVERA; WILSON PINEDA GONZALES, individually; W.E.P.S., individually and by and through his Parent, WILSON PINEDA GONZALES; NOE WALTER PEREZ GONSALEZ, individually; G.L.P.G., individually and by and through his Parent, NOE WALTER PEREZ GONSALEZ; MARVIN REYES PORTILLO, individually; M.R.R.R., individually and by and through his Parent, MARVIN REYES PORTILLO; RUBIER NATO DE OLIVEIRA, individually; G.H.D.O., individually and by and through his Parent, RUBIER NATO DE OLIVEIRA; OBDULIO VASQUEZ PUAC, individually; T.P.C., individually and by and through his Parent, OBDULIO VASQUEZ PUAC; ELMER VELIZ RIVERA, individually; E.Y.V.B., individually and by and through his Parent, ELMER VELIZ RIVERA, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 5:19-cv-00552-XR |
| THE GEO GROUP, INC., | § § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT THE GEO GROUP, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

ON THIS DAY came on to be considered Defendant The GEO Group, Inc.'s Motion to Dismiss Plaintiffs' Complaint. Based on the pleadings of record and the papers on file with the Court, it is the opinion of this Court that such Motion should, in all things, be GRANTED. Therefore, all of Plaintiffs' claims are hereby dismissed with prejudice.

A final judgment will issue.

SIGNED this _____ day of _____, 2019.

_____
XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE