IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VICTOR MEJIA RIOS, INDIVIDUALLY AND AS NEXT FRIEND W.D.M.R.; JORGE LUIS MARTINEZ MARTINEZ, INDIVIDUALLY AND AS NEXT FRIEND TO J.L.M.F.; TOMAS ANTONIO OLIVEROS, INDIVIDUALLYAND AS NEXT FRIEND TO A.R.O.; WILDER XITUMUL GARCIA, INDIVIDUALLYAND AS NEXT FRIEND TO A.M.X.C.; PEDRO CARRILLO JIMENEZ, INDIVIDUALLY AND NEXT FRIEND TO M.C.J.; NELSON CAZALEGNO PAZ, INDIVIDUALLY AND NEXT FRIEND TO O.J.C.S.; JOSE PINEDA RIVERA, INDIVIDUALLY AND NEXT FRIEND TO J.M.P.A.; WILSON PINEDA GONZALES, INDIVIDUALLY AND AS NEXT FRIEND TO W.E.P.S.; NOE WALTER PEREZ GONSALEZ, INDIVIDUALLY AND AS NEXT FRIEND TO G.L.P.G.; MARVIN REYES PORTILLO, INDIVIDUALY AND AS NEXT FRIEND TO M.R.R.R.; RUBIER NATO DE OLIVEIRA, INDIVIDUALLY AND NEXT FRIEND TO G.H.D.O.; OBDULIO VASQUEZ PUAC, INDIVIDUALLY AND AS NEXT FRIEND TO T.P.C.; AND ELMER VELIZ RIVERA, INDIVIDUALLY AND AS NEXT FRIEND TO E.Y.V.B. | § § § § § § § § |

v.                                                                    CIVIL NO. SA-19-CV-00552-XR

THE GEO GROUP, INC.

**<u>DEFENDANT'S ADVISORY TO THE CLERK OF COURT</u>**

Defendant in the above-captioned case elects as follows (please select only one of the following options):

<u> X </u>   I consent to proceed before a United States Magistrate Judge in accordance with provisions of Title 28 U.S.C. Section 636. Defendant in the above-captioned case waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including rendering a decision, and to order the entry of final judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit in accordance with Title 28 U.S.C. Section 636(c)(3).

_____   I do **not** consent to proceed before a United States Magistrate Judge. Defendant in the above-captioned case elects **not** to have this case decided by a United States Magistrate Judge and prefers that this case proceed before the United States District Judge.

<u>The Geo Group, Inc.</u>
    Defendant's Name

By: <u>  /s/ *Charles A. Deacon*  </u>
        Signed by Attorney

Date  August 30, 2019