IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VICTOR MEJIA RIOS, individually; W.D.M.R., individually and by and through his Parent, VICTOR MEJIA RIOS; JORGE LUIS MARTINEZ MARTINEZ, individually; J.L.M.F., individually and by and through his Parent, JORGE LUIS MARTINEZ MARTINEZ; TOMAS ANTONIO OLIVEROS, individually; A.R.O., individually and by and through his Parent, TOMAS ANTONIO OLIVEROS; WILDER XITUMUL GARCIA, individually; A.M.X.C., individually and by and through his Parent, WILDER XITUMUL GARCIA; PEDRO CARRILLO JIMENEZ, individually; M.C.J., individually and by and through his Parent, PEDRO CARRILLO JIMENEZ; NELSON CAZALEGNO PAZ, individually; O.J.C.S., individually and by and through his Parent, NELSON CAZALEGNO PAZ; JOSE PINEDA RIVERA, individually; J.M.P.A., individually and by and through his Parent, JOSE PINEDA RIVERA; WILSON PINEDA GONZALES, individually; W.E.P.S., individually and by and through his Parent, WILSON PINEDA GONZALES; NOE WALTER PEREZ GONSALEZ, individually; G.L.P.G., individually and by and through his Parent, NOE WALTER PEREZ GONSALEZ; MARVIN REYES PORTILLO, individually; M.R.R.R., individually and by and through his Parent, MARVIN REYES PORTILLO; RUBIER NATO DE OLIVEIRA, individually; G.H.D.O., individually and by and through his Parent, RUBIER NATO DE OLIVEIRA; OBDULIO VASQUEZ PUAC, individually; T.P.C., individually and by and through his Parent, OBDULIO VASQUEZ PUAC; ELMER VELIZ RIVERA, individually; E.Y.V.B., individually and by and through his Parent, ELMER VELIZ RIVERA, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CASE NO. 5:19-cv-00552-XR |

|                |     |
|----------------|-----|
| Plaintiff,     | §   |
|                | §   |
|                | §   |
| v.             | §   |
|                | §   |
| THE GEO GROUP, INC., | § |
|                | §   |
| Defendant.     | §   |

## AGREED SCHEDULING RECOMMENDATIONS

The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

## MOTIONS FOR LEAVE TO AMEND PLEADINGS.

The deadline for Plaintiff(s) to file a motion seeking leave to amend pleadings; or to join parties is within 60 days of this Court's final decision on GEO's Motion to Dismiss.

The deadline for Defendant(s) to file a motion (1) to designate responsible third parties, pursuant to Texas Civil Practices & Remedies Code § 33.004(a); (2) seeking leave to amend pleadings; or (3) to join parties is within 75 days of this Court's final decision on GEO's Motion to Dismiss.

## EXPERTS

All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) within 180 days of this Court's final decision on GEO's Motion to Dismiss.

Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) within 240 days of this Court's final decision on GEO's Motion to Dismiss.

All parties shall file all designations of rebuttal experts and serve on all parties the material required by Fed. R. of Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within 30 days of receipt of the report of the opposing expert.

An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 21 days from the receipt of the written report of the expert's proposed testimony, or within 11 days from obtaining a copy of the expert's deposition, if a deposition is taken, whichever is later.

The deadline for filing supplemental reports required under Fed. R. Civ. P. 26(e) is within 300 days of this Court's final decision on GEO's Motion to Dismiss.

**WITNESS LIST, EXHIBIT LIST, AND PRETRIAL DISCLOSURES**

The deadline for filing Rule 26(a)(3) disclosures is <u>December 18, 2020</u>.

The deadline for filing objections under Rule (26)(a)(3) is <u>January 4, 2021</u>.  Any objections not made will be deemed waived.

**COMPLETION OF DISCOVERY**

Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

The deadline for the completion of all discovery is <u>within 300 days of this Court's final decision on GEO's Motion to Dismiss</u>.

**ALTERNATIVE DISPUTE RESOLUTION (ADR) REPORT**

A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed <u>within one hundred (100) days of this Court's final decision on GEO's Motion to Dismiss</u>.

The parties asserting claims for relief shall submit a written offer of settlement to opposing parties <u>within sixty (60) days of this Court's final decision on GEO's Motion to Dismiss</u>, and each opposing party shall respond, in writing <u>within ninety (90) days of this Court's final decision on GEO's Motion to Dismiss</u>.

All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorneys' fees and costs at the conclusion of the proceedings.

If a settlement is reached, the parties should immediately notify the Court so the case may be removed from the Court's trial docket.

**PRETRIAL MOTIONS**

No motion (other than a motion in limine) may be filed after this date except for good cause. The deadline to file motions (including dispositive motions and Daubert motions) is <u>September 8, 2020</u>. This deadline is also applicable to the filing of any summary judgment motion under Fed. R. Civ. P. 56 and any defense of qualified immunity. Leave of court is automatically given to file motions, responses, and replies not to exceed 30 pages in length. 8  Fed. R. Civ. P. 6(d) does not apply to the time limits set forth in Local Rule CV-7 for responses and replies to motions.

**JOINT PRETRIAL ORDER AND MOTION IN LIMINE**

The deadline to file a Final Joint Pretrial Order and any motion in limine is <u>November 24, 2020</u>.

All attorneys are responsible for preparing the Final Joint Pretrial Order, which must contain the following:

(1) a short statement identifying the Court's jurisdiction. If there is an unresolved jurisdictional question, state it;

(2) a brief statement of the case, one that the judge could read to the jury panel for an introduction to the facts and parties;

(3) a summary of the remaining claims and defenses of each party;

(4) a list of facts all parties have reached agreement upon;

(5) a list of contested issues of fact;

(6) a list of the legal propositions that are not in dispute;

(7) a list of contested issues of law;

(8) a list of all exhibits expected to be offered. Counsel will make all exhibits available for examination by opposing counsel. All documentary exhibits must be exchanged before the final pre-trial conference. The exhibit list should clearly reflect whether a particular exhibit is objected to or whether there are no objections to the exhibit;

(9) a list of the names and addresses of witnesses who may be called with a brief statement of the nature of their testimony;

(10) an estimate of the length of trial;

(11) for a jury trial, include (a) proposed questions for the voir dire examination, and (b) a proposed charge, including instructions, definitions, and special interrogatories, with authority;

(12) for a nonjury trial, include (a) proposed findings of fact and (b) proposed conclusions of law, with authority;

(13) the signatures of all attorneys; and

(14) a place for the date and the signature of the presiding judge.

**FINAL PRETRIAL CONFERENCE**

The Final Pretrial Conference shall be held on January 4, 2021.

Motions in limine, if any, will be heard on this date. Counsel should confer prior to this hearing on any issues raised in a motion in limine or the Joint Pretrial Order. Any party intending to use a demonstrative exhibit should provide the same to opposing counsel at least 3 days prior to the Final Pretrial conference so that if any objections or issues are raised about the demonstrative exhibit, they can be addressed at the final pretrial conference.

**TRIAL**

The Trial Date is January 18, 2021.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP


By: */s/ Charles A. Deacon*
    Charles A. Deacon
    State Bar No. [FILL IN]
    charlie.deacon@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, Texas 78205
Telephone: (210) 224-5575
Telecopier: (210) 270-7205


    Mark T. Emery
    State Bar No. [FILL IN]
    Mark.emery@nortonrosefulbright.com
799 9th St. NW, Suite 1000
Washington, DC 20001

Attorneys for Defendant
The GEO Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of September, 2019, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Jule Rousseau
ARENT FOX LLP
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212-484-3900
jule.rousseau@arentfox.com

Brandi G. M. Howard
ARENT FOX LLP
1717 K Street NW
Washington, DC 20006
202-857-6000
brandi.howard@arentfox.com

Ismael Bautista
Jacob M. Gilbert
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
213-629-7400
ismael.bautista@arentfox.com
jake.gilbert@arentfox.com

Manoj Govindaiah
Curtis FJ Doebbler
Refugee And Immigrant Center for Education and Legal Services (RAICES)
802 Kentucy Avenu
San Antonio, TX 78201
210-226-7722
manoj.govindaiah@raicestexas.org
curtis.doebbler@raicestexas.org

Bridget Cambria
Karen Hoffman
Aldea - The People's Justice Center
532 Walnut Street
Reading, PA 19601
484-926-2014
bridget@aldeapjc.org
karen@aldeapjc.org

*/s/ Charles A. Deacon*
Charles A. Deacon