# Arent Fox

**Arent Fox LLP** / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

June 24, 2021

U.S. District for the Western District of Texas
Clerk's Office
655 E. Cesar Chavez Blvd.
Room G65
San Antonio, TX 78206

**Jake Gilbert**
Associate
212.492.3326 DIRECT
212.484.3990 FAX
jake.gilbert@arentfox.com

**Reference Number**
**906013.00133**

Re:   <u>Case No. 5:19-cv-00552-RBF; Civtor Mejia Rios, et al. v. The GEO Group, Inc.; In the United States District Court for the Western District of Texas San Antonio Division</u>

Dear Clerk:

Please be advised that I will be on vacation and unavailable from July 1 through July 11, 2021.

By copy of this letter to all counsel, I am confirming same and requesting that they refrain from noticing depositions or scheduling hearings during this time which would require a responsive pleading and/or my attendance in court. Please file this letter among the papers of the above-referenced matter.

Should you have any questions, please do not hesitate to contact my office for more information.

Sincerely,

*/s/ Jacob M. Gilbert*

Jake Gilbert

cc:   Counsel of Record (via E-File)

**Arent Fox**

June 24, 2021
Page 2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2021, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system and e-mail served the following counsel of record:

Charles A. Deacon
charlie.deacon@nortonrosefulbright.com
111 West Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Telecopier: (210) 270-7205

Mark T. Emery
mark.emery@nortonrosefulbright.com
799 9th St. NW, Suite 1000
Washington, DC 20001
Telephone: (202) 662-0200
Facsimile:  (202) 662-4643

　　　　　　　　　　　　　　　　　　　　　*/s/ Jacob M. Gilbert*
　　　　　　　　　　　　　　　　　　　　　Jacob M. Gilbert, Esq.