IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VICTOR MEJIA RIOS, INDIVIDUALLY AND AS NEXT FRIEND W.D.M.R., ET AL., | § § § § § § § § § § § § § | SA-19-CV-00552-RBF |
| *Plaintiffs,* | | |
| vs. | | |
| THE GEO GROUP, INC., | | |
| *Defendant.* | | |

**ORDER SETTING STATUS HEARING**

Before the Court is the status of the above-referenced case, which was assigned to me for disposition on September 4, 2019, following the parties' consent. See Dkt. Nos. 14, 16 & 17. **IT IS ORDERED** that this case is set for a status hearing on **November 4, 2021**, at **1:00 pm**. The hearing will be held by video conference using the Zoom video platform. As the date for the hearing approaches, the Court will send, by separate communication, instructions for participating in the video conference.

**IT IS SO ORDERED.**

SIGNED this 29th day of October, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE