# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VICTOR MEJIA RIOS, individually; W.D.M.R., individually and by and through his Parent, VICTOR MEJIA RIOS; JORGE LUIS MARTINEZ MARTINEZ, individually; J.L.M.F., individually and by and through his Parent, JORGE LUIS MARTINEZ MARTINEZ; TOMAS ANTONIO OLIVEROS, individually; A.R.O., individually and by and through his Parent, TOMAS ANTONIO OLIVEROS; WILDER XITUMAL GARCIA, individually; A.M.X.C., individually and by and through his Parent, WILDER XITUMAL GARCIA; PEDRO CARRILLO JIMENEZ, individually; M.C.J., individually and by and through his Parent, PEDRO CARRILLO JIMENEZ; NELSON CAZALEGNO PAZ, individually; O.J.C.S., individually and by and through his Parent, NELSON CAZALEGNO PAZ; JOSE PINEDA RIVERA, individually; J.M.P.A., individually and by and through his Parent, JOSE PINEDA RIVERA; WILSON PINEDA GONZALES, individually; W.E.P.S., individually and by and through his Parent, WILSON PINEDA GONZALES; NOE WALTER PEREZ GONSALEZ, individually; G.L.P.G., individually and by and through his Parent, NOE WALTER PEREZ GONSALEZ; MARVIN REYES PORTILLO, individually; M.R.R.R., individually and by and through his Parent, MARVIN REYES PORTILLO; RUBIER NATO DE OLIVEIRA, individually; G.H.D.O., individually and by and through his Parent, RUBIER NATO DE OLIVEIRA; OBDULIO VASQUEZ PUAC, individually; T.P.C., individually and by and through his Parent, OBDULIO VASQUEZ PUAC; ELMER VELIZ RIVERA, individually; E.Y.V.B., individually and by and through his Parent, ELMER VELIZ RIVERA; | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **CIVIL ACTION NO. 19-552**<br><br><br>**Case No. 5:19-CV-00552** |
| Plaintiffs, | § § § | |
| v. | § § | |
| THE GEO GROUP, INC., | § § § | |
| Defendant. | § § | |

- 1 -

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE A CLAIMS CHART**

ON THIS DATE came on to be considered the Plaintiffs' Motion for An Extension of Time to File a Claims Chart in the above-referenced cause. After considering the agreement of the parties, it is the opinion of this Court that the Motion should be and is hereby GRANTED.

It is SO ORDERED this the _____ day of _____, 20_____.

_____
THE HONORABLE RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of February, 2022, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system and e-mail served the following counsel of record:

Charles A. Deacon
charlie.deacon@nortonrosefulbright.com
111 West Houston Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Telecopier: (210) 270-7205

Mark T. Emery
mark.emery@nortonrosefulbright.com
799 9th St. NW, Suite 1000
Washington, DC 20001

_____*/s/ Jacob M. Gilbert*_____
Jacob M. Gilbert, Esq.